Christopher Wiest (admitted *pro hac vice*)
KY Bar No. 90725; OH Bar No. 0077931
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (v)
859/495-0803 (f)
*chris@cwiestlaw.com*

Thomas Amodio, ABA No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*
Co-counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALASKA LIBERTARIAN PARTY | : | |
| AND | : | |
| JON WATTS | : | |
| Plaintiffs | : | |
| v. | : | |
| GAIL FENUMIAI | : | **PLAINTIFFS' MOTION** |
| In her official capacity as Director of | | **FOR EXPEDITED CONSIDERATION** |
| Elections | : | **OF THEIR EMERGENCY MOTION** |
| | | **FOR PRELIMINARY INJUNCTION** |
| AND | : | **WITH DECLARATION ATTACHED** |
| KEVIN MEYER | : | CIVIL ACTION NO. |
| In his official capacity as Lt. Governor | | 3:20-cv-127 |
| | : | |
| Defendants | | |
| | : | |

Plaintiffs, by and through Counsel, move this Court for expedited consideration of their emergency motion for preliminary injunction under L.R. 7.3(a). ***The petition deadline for their Presidential ticket is August 5, 2020.*** Expedited consideration of this motion is necessary

because, likely many election related cases, deadlines are involved. In this case, there is an August 5, 2020 deadline. Further, the harm is ongoing: Plaintiffs continue to attempt to comply with the statutory signature gathering requirements by attempting to gather signatures (with limited success) in the middle of a global pandemic. The required declaration of Counsel is attached.

Because the deadline for the petition is less than 60 days away, because the harm is ongoing, and because the normal track deadlines with normal consideration foreclose timely relief, Plaintiffs respectfully request expedited consideration of this matter.

Respectfully Submitted,

/s/Christopher Wiest_____
Christopher Wiest (admitted *pro hac vice*)
KY Bar No. 90725; OH Bar No. 0077931
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
*chris@cwiestlaw.com*


/s/Thomas Amodio_____
Thomas Amodio, ABA No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*
Co-counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify that I have served the foregoing upon all Counsel or parties, by: (i) filing a copy of the foregoing in the Court's CM/ECF system; and (ii) serving a copy of the foregoing on the Defendants and upon the Alaska Attorney General, by express overnight mail, this 11 day of June, 2020.

/s/Christopher Wiest