# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA LIBERTARIAN PARTY, et. al. | : |
|     Plaintiffs | : |
| v. | : |
| GAIL FENUMIAI, et. al. | : |
|     Defendants | : |

## SUPPLEMENTAL DECLARATION OF SCOTT KOHLHAAS

Pursuant to 28 U.S.C. §1746, the undersigned, Scott Kohlhaas, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct and based upon my personal knowledge:

1. My name is Scott Kohlhaas.

2. We have not stopped our signature gathering efforts for the Alaska Libertarian Party (ALP) and have undertaken the same exact efforts we would have undertaken without the lawsuit, even though the lawsuit was filed. We never presume to predict what a court will do in a case, and when it comes to court relief, we always plan for the worst and hope for the best.

3. I should note that in compiling this report, I have undertaken a best efforts approach. Petitioning teams are difficult to manage in ordinary circumstances, and more difficult to manage during COVID. A week or more may go by where I do not hear from a petitioner and they may not return calls, and then they will call me to meet to turn in signatures. Most of these petitioners are not only gathering signatures for the ALP, but gathering for other petition drives as well. Thus, I have attempted to provide the Court with the most up to date numbers, but, again, the efforts are ongoing, and the numbers I report reflect what has been turned into me, and what updates I was able to receive from our petitioners in the field.

4. As of June 11, 2020, we had gathered 295 total signatures for the ALP.

5. The ALP has itself been able to gather another 12 signatures since June 11, 2020, online.

6. I have had a team of 7 petitioners gathering everyday between June 11, 2020 and to the present (and before that, as well) for the ALP drive (as explained below, we had 8, but

one quit); those results have not been uniform. Experienced signature gatherers, of whom our team had one besides myself. I am 61 years old, have the onset of asthma, and thus I have not personally been out gathering this year other than to engage in test gathering because of COVID-19. Thus, I have been managing the petition drives this year but not gathering signatures (other than the test I did).

7. Susan Taylor has been gathering signatures in Bethel Alaska, every day, since June 11, 2020. She has gathered only 2 signatures for ALP from June 11, 2020 to today.

8. Christine Lloyd has gathered signatures in Mat-Su valley/Wasilla since June 11, 2020, and she has gathered a total of 60 signatures over that time for ALP, averaging 3 per day.

9. The remaining petitioners have been gathering in Anchorage at my direction, because Anchorage is always the best place to gather signatures in Alaska. That is true in normal years but that is especially true this year. I have had six other petitioners gathering in Anchorage. The results have varied based on the experience of the petitioner. In Anchorage: Ben Prolle gathered 20 signatures since June 11, 2020, gathering about 1 signature per day; Tremaine Chisolm gathered 24 signatures since June 11, 2020, gathering about 1 signature per day; Gary Monroe gathered 25 signatures since June 11, 2020, gathering about 1 signature per day; Adrian Rhoades gathered 150 signatures since June 11, 2020, gathering about 7 signatures per day; Corby Zins quit due to the difficulty of gathering during COVID a few weeks ago; and finally, Arenza Thigpen, Jr. our most experienced petitioner, has gathered about 65 signatures per day, which totals 1,375 signatures for Arenza since June 11, 2020.

10. Experienced professional petitioners are in high demand normally, and that is particularly true this year. We were able to obtain only one such individual for Alaska this year, Arenza Thigpen, Jr.

11. We have not, and will not cease our efforts until we achieve the required number of signatures, with the safety factor for invalid signatures, which, as I previously testified, is 5,000 "raw" signatures for this drive, or the August 5, 2020 deadline occurs at which point, on that date, if we have over 3,212 "raw" signatures, we will turn in what we have gathered and hope for the best in terms of validity.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on JULY 2, 2020.

_____
Scott Kohlhaas