# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

### *Alaska Libertarian Party, et al. v. Gail Fenumiai, et al.*

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | 3:20-cv-127-JWS |
| ORDER FROM CHAMBERS | July 10, 2020 |

     The court has conducted its initial review of the parties' briefing on Plaintiff's request for a preliminary injunction. It appears that the court is likely to deny the motion in light of the showing made by Plaintiff as to the burden presented by the signature gathering requirements, as well as recent cases addressing this issue in similar circumstances. An order with a final decision and analysis will be forthcoming, but the court informs the parties of its initial position so Plaintiff's signature gathering efforts might be increased. Insofar as the record shows, signature gathering efforts have not been made in Fairbanks, Juneau, or Ketchikan. Moreover, there is no evidence of canvassing or other efforts on Plaintiff's part to target registered Libertarian voters for in-person or electronic signature gathering.