Christopher Wiest (admitted *pro hac vice*)
KY Bar No. 90725; OH Bar No. 0077931
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (v)
859/495-0803 (f)
*chris@cwiestlaw.com*

Thomas Amodio, ABA No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*
Co-counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALASKA LIBERTARIAN PARTY | : | |
| AND | : | |
| JON WATTS | : | |
| Plaintiffs | : | |
| v. | : | |
| GAIL FENUMIAI | : | **PLAINTIFFS' NOTICE OF DISMISSAL** |
| In her official capacity as Director of | | **UNDER FRCP 41(a) WITHOUT** |
| Elections | : | **PREJUDICE** |
| AND | : | |
| KEVIN MEYER | : | CIVIL ACTION NO. |
| In his official capacity as Lt. Governor | | 3:20-cv-127 |
| | : | |
| Defendants | | |
| | : | |

Plaintiffs, by and through Counsel, provide notice of their dismissal of this matter without prejudice pursuant to FRCP 41(a)(1)(A)(i); no answer has been served nor has any motion for summary judgment been filed.

Respectfully Submitted,

/s/Christopher Wiest_____
Christopher Wiest (admitted *pro hac vice*)
KY Bar No. 90725; OH Bar No. 0077931
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513/257-1895 (c)
859/495-0803 (f)
*chris@cwiestlaw.com*

/s/Thomas Amodio_____
Thomas Amodio, ABA No. 8511142
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*tom@reevesamodio.com*
Co-counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing upon all Counsel or parties, by filing a copy of the foregoing in the Court's CM/ECF system this 13 day of July, 2020.

/s/Christopher Wiest